PS 42
(5/06) WCO

# United States District Court

## District of Colorado

| United States of America | ) | |
|---|---|---|
| vs | ) | Case No. 06-cr-00121-LTB-03 |
| Tom Edward Windhorst | ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Tom Edward Windhorst, have discussed with Edward Gaddes, U.S. Probation Officer, the following modification of my release conditions:

The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  04-25-06     _____  04-25-06
Signature of Defendant    Date          U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4-26-06
Signature of Defense Counsel   Date

_____  4/26/06
Signature of Assistant U.S. Attorney   Date

[X] The above modification of conditions of release is ordered, to be effective April 28, 2006
[ ] The above modification of conditions of release is not ordered.

_____  April 28, 2006
Michael J. Watanabe          Date
U.S. Magistrate Judge